# United States District Court
## EASTERN DISTRICT OF LOUISIANA

2006 SEP 26 PM 4:08

RETURN

LORETTA G. WHYTE
CLERK

PATRICK ROCHE

v.

TRAVELERS INSURANCE COMPANY,
WELLS FARGO HOME MORTGAGE and
GE CAPITAL LOAN SERVICES, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-4761

Sect 5 Mag 2

TO: (Name and address of defendant)

GE CAPITAL LOAN SERVICES, INC.

Agent for Service of Process
Corporation Service Company
320 Somerulos Street
Baton Rouge, LA 70802

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gary J. Giepert
Ricci & Giepert
4016 Canal Street
New Orleans, LA 70119

an answer to the complaint which is herewith served upon you, within Twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

(BY) DEPUTY CLERK

DATE: AUG 2 5 2006

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 8 29 06 |
| Name of SERVER (PRINT) TRAX EXPRESS DELIVERY NEW ORLEANS, LA 504 561-8729 | TITLE COURIER |

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served: GUGLIELMO, MARKS, Schutte Terhoeve AND LOVE (ATTORNEYS AT LAW) Nedia Muller (Receptionist)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8 29 06
Date

Signature of Server: Michael A. [signature]

Address of Server: Barrone St, New Orleans
504 561-8729 (Yancey)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.