UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF LOUISIANA

| | | |
|---|---|---|
| PATRICK ROCHE | * | CIVIL ACTION |
| vs. | * | NO. 06-4761 |
| | | |
| TRAVELERS INSURANCE COMPANY, | * | SECTION "S"   MAG. 2 |
| WELLS FARGO HOME MORTGAGE | | |
| and GE CAPITAL LOAN SERVICES, INC. | * | |

\* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT

**BEFORE ME**, undersigned notary public, personally came and appeared:

GARY J. GIEPERT

who after first being duly sworn did depose and state that as counsel for Patrick Roche he has personal knowledge of the following facts:

1. On August 25, 2006, undersigned counsel filed a Complaint, Patrick Roche vs. Travelers Insurance Company, Wells Fargo Home Mortgage and GE Capital Loan Services, Inc.

2. On September 22, 2006, Patrick Roche filed his First Amended Complaint adding Genworth Financial Services, Inc. as a defendant.

3. GE Capital Loan Services, Inc. and Genworth Financial Services, Inc. were served.

4. To-date, neither defendant has filed responsive pleadings, motion for extension of time in which to plead or contacted undersigned counsel requesting an extension of time to plead.

5.	The time delays for answering the Complaint filed by Patrick Roche have long since elapsed.

/S/__Gary Giepert_____
GARY J. GIEPERT


SWORN TO AND SUBSCRIBED
BEFORE ME THIS _____ DAY
OF _____, 2007.

_/s/ Jack A. Ricci_____
JACK A. RICCI (#11213)
Notary Public
My Commission Expire Upon Death